# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| DONALD STEWART, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:20 CV 1880 CDP |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on movant's motion to reconsider my February 19, 2021 ruling denying him an extension of time to file an amended § 2255 motion. Movant claims I misunderstood his request. I did not. Movant has not presented the Court with a proposed amended § 2255 motion, so the Court cannot yet determine whether leave to amend should be granted. The Court does not issue preemptive rulings. If movant properly seeks leave to amend his § 2255 motion, the Court will provide respondent with the opportunity to respond and then rule on the motion. But until such a motion is filed, the issue is not properly before the Court and it cannot issue a ruling with respect to any proposed amendments.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to reconsider [6] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of March, 2021.