# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DONALD STEWART, ) | |
| ) | |
| Movant, ) | |
| ) | |
| v. ) | No. 4:20 CV 1880 CDP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM AND ORDER

This matter is before me on respondent's motion to produce discovery. [79]. I will grant the motion, as I already ordered standby counsel to produce the requested materials with respect to John Stobbs during the November 15, 2023 status hearing held on the record with counsel and movant. The Court agrees that its ruling also applies to any relevant materials from Daniel Schattnik, as he is also alleged by movant to have rendered the ineffective assistance of counsel which is the subject of the evidentiary hearing. Moreover, to the extent that such materials include an affidavit from alleged potential witness Angela Brinson, that affidavit shall also be produced as no such affidavit appears in the Court file.

Accordingly,

**IT IS HEREBY ORDERED** that respondent's motion [79] is granted as set forth above, and the requested materials shall be produced forthwith, but no later than 5:00 p.m. today unless otherwise agreed.

 

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of November, 2023.